UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE LINDA VAN ZUTPHEN,

            Plaintiff,

      v.

KILOLO KIJAKAZI,

            Defendant.

Case No.  22-cv-04192-TSH

**ORDER TO SHOW CAUSE**

On November 1, 2022, the Court granted Defendant's motion for a 45-day extension of time to file the Certified Administrative Record and answer to Plaintiff's Complaint, setting a new deadline of December 8, 2022.  ECF No. 16.  As that deadline passed with no further docket activity, the Court ordered the parties to file a status report by December 19, 2022.  No response has been received.  Accordingly, the Court **ORDERS** Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, to show cause why default should not be entered pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend and failure to comply with court deadlines.  Defendant shall file a declaration by January 3, 2023.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 12, 2023 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Defendant does not intend to defendant against this action, and default will be entered accordingly.  Thus, it is imperative the Court receive a written response by the deadline above.

      **IT IS SO ORDERED.**

Dated: December 20, 2022

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California