UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LINDA VAN ZUTPHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No. 22-cv-04192-SI<br><br>**JUDGMENT** |

The Court has issued an order affirming the decision of the Commissioner, denying plaintiff's motion for summary judgment, and granting defendant's cross-motion for summary judgment. Judgement is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 22, 2024

_____
SUSAN ILLSTON
United States District Judge